UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ANYELO CANATE GALLARDO,

                    Petitioner,

        - against –

RAUL MALDONADO, Warden,
Metropolitan Detention Center;
TODD LYONS, Acting Director,
U.S. Immigration and Customs
Enforcement; and PAMELA BONDI,
U.S. Attorney General,

                    Respondents.

JUDGMENT
26-CV-01685 (HG)

------------------------------------------------------------- X

    A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge,

having been filed on March 25, 2026, granting the petition for a writ of habeas corpus, ECF No.

1; it is

    ORDERED and ADJUDGED that the petition for a writ of habeas corpus, ECF No. 1, is

granted; the government is directed to immediately release Petitioner from custody and is further

directed to certify compliance with the Court's Order by filing a letter on the docket no later than

12:00 p.m. on March 26, 2026; and that Petitioner shall not be re-detained without notice and an

opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where

Respondents will have the burden of showing that his detention is authorized under 8 U.S.C. §

1226(a).

Dated: Brooklyn, New York
      March 26, 2026

Dated: Brooklyn, New York
      March 26, 2026

Approved by: _____*/s/ Hector Gonzalez*_____
HECTOR GONZALEZ
United States District Judge

Approved by: _ _____*/s/Brenna B. Mahoney*_____
BRENNA B. MAHONEY
Clerk of Court